# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Darryl Boyd Adkins**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00376-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Kalownski | ) | |
| FNU Washburn**,** | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 22, 2016 Order.

December 22, 2016

_____
Frank G. Johns, Clerk
United States District Court